ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 1 2 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR 1 2 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 4.12.13

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BARRY ALAN WILSON,

    Petitioner,

vs.

M.D. McDONALD, Warden,

    Respondent.

Case No. CV 12-6136-RGK (RNB)

**JUDGMENT**

    Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: APR - 9 2013

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE