# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BARRY ALAN WILSON, | Case No. CV 12-6136-RGK (RNB) |
|---|---|
| Petitioner, | |
| vs. | **JUDGMENT** |
| M.D. McDONALD, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: APR - 9 2013

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE